# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

KAREN SHARLOW, Administratrix of
the Estate of Gordon L. Keech, Deceased                         PLAINTIFF

v.                              No. 3:26-cv-116-DPM

ELDERCARE OF ARKANSAS II INC.,
d/b/a Stonebridge Senior Living                                 DEFENDANT

## ORDER

The complaint can be read either way: that Keech's fall resulted from negligent medical care or that it resulted from garden variety negligence. There are, admittedly, lots of medical terms and phrases. But, looking only at the complaint, the Court can't say for sure at this early point that the Medical Malpractice Act's two-year limitation period bars any fall-related claim. *Weatherly v. Ford Motor Company*, 994 F.3d 940, 942–43 (8th Cir. 2021); *Bailey v. Rose Care Center, a Division of C.A.R.E., Inc.*, 307 Ark. 14, 18–20 817 S.W.2d 412, 413–15 (1991). The assisted-living context is important. Motion, *Doc. 5*, denied without prejudice and with directions.

Sharlow must file an amended complaint to clarify her claim or claims. Amended complaint due by 9 July 2026. Answer or Rule 12(b) motion due twenty-one days after the amended complaint is filed. The

−2−

facts will come out; and we'll see the basis of the claim clearly, and thus whether it's timely, after basic discovery.

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_22 June 2026_